Below is a judgment of the court. If the judgment is for money, the applicable judgment interest rate is: Not applicable.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON — PORTLAND DIVISION

In re:

**Michael A. McCartney,**

    Debtor.

**Michael A. McCartney**,

    Plaintiff

v.

**National Collegiate Student Loan Trust 2007-4, A Delaware Statutory Trust**,

    Defendant.

Case No. 16-33674-tmb7

Adv. Proc. No. 19-3018-tmb

STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

Come now both parties, following settlement of the instant matter, by and through respective undersigned counsel hereby stipulate and agree to entry of judgment as follows:

Page 1 of 2 — Stipulated Judgment of Dismissal

Mertens Law, LLC
4411 NE Tillamook St.
Portland, OR 97213
T (503) 836.7673 | F (503) 213.6000
Chris@MertensCSBLaw.com

Case 19-03018-tmb    Doc 27    Filed 09/10/19

The instant matter is hereby dismissed with prejudice, with each side bearing their own fees and costs.

# # #

Agreed to by:

| **MERTENS LAW, LLC** | **SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP** |
|---|---|
| s/ Chris Mertens<br>**Chris Mertens, OSB No. 092230**<br>Mertens Law LLC<br>4411 NE Tillamook St<br>Portland, Oregon 97213<br>Chris@MertensCSBLaw.com<br>Tel: 503-836-7673<br>  Attorney for Plaintiff/Debtor | s/ James K. Schultz<br>**James K. Schultz, Admitted *Pro Hac Vice***<br>Sessions, Fishman, Nathan & Israel, LLP<br>1545 Hotel Circle South, Ste 150<br>San Diego, CA 92108-3426<br>drichard@sessions.legal<br>Tel: 619-758-1891<br>   Of Attorney for Defendant/Creditor |

Respectfully Submitted this 5th day of September, 2019.

/s/ Chris Mertens
Chris Mertens, OSB No. 092230
Attorney for Plaintiff/Debtor

Parties without ECF notice:

James K. Schultz on behalf of Defendant National Collegiate Student Loan Trust 2007-4
Sessions, Fishman, Nathan & Israel LLP
1545 Hotel Circle So. #150
San Diego, CA 92108

Page 2 of 2 ─ Stipulated Judgment of Dismissal

Mertens Law, LLC
4411 NE Tillamook St.
Portland, OR 97213
T (503) 836.7673 | F (503) 213.6000
Chris@MertensCSBLaw.com

Case 19-03018-tmb    Doc 27    Filed 09/10/19